UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

SASWATA BASU,

                Plaintiff,

                v.

SPSS INC. (as successor-in-interest to net.Genesis
Corp.) JOHN DELEA, LAWRENCE S. BOHN,
KATHLEEN L. BIRO, TED R. DINTERSMITH,
ROBERT N. GOLDMAN, RORY O'DRISCOLL,
STEPHEN J. RICCI, J.P. MORGAN SECURITIES,
INC. (as successor-in-interest to Chase Securities,
Inc.), DEUTSCHE BANK ALEX BROWN (as
successor-in-interest to Deutsche Bank Securities,
Inc.), U.S. BANCORP PIPER JAFFRAY, INC.,
BEAR STEARNS & CO., INC., CIBC WORLD
MARKETS CORP., PRUDENTIAL SECURITIES
INCORPORATED, S.G. COWEN SECURITIES;
WIT SOUNDVIEW GROUP, INC. (individually
and as successor-in-interest to E*OFFERING
CORP), ADAMS HARKNESS & HILL, INC.,
FIRST ALBANY CORPORATION; TUCKER
ANTHONY CLEARY GULL, and C.E.
UNTERBERG TOWBIN,

                Defendants

------------------------------------------------------x

File No. 02 CV 9694 (SAS)



## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Saswata Basu and all Defendants who have appeared in this action, by their counsel, hereby stipulate to the dismissal of this Action with prejudice and with each party bearing its own costs and fees.

New York, New York

October 31, 2012

SIMPSON THACHER & BARTLETT LLP

By: _____
David W. Ichel (DI-7271)
Joseph M. McLaughlin (JM-6434)
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Attorneys for J.P. Morgan Securities Inc. (as successor-in-interest to Chase Securities, Inc.) and Bear Stearns & Co., Inc.*

BERNSTEIN LIEBHARD LLP

By: _____
Stanley D. Bernstein (SB-1644)
10 East 40th Street
New York, New York 10016
(212) 779-1414

*Attorneys for Plaintiff Saswata Basu*

_____
SASWATA BASU

WILMER CUTLER PICKERING HALE AND DORR LLP

By: _____
Michelle D. Miller *(pro hac vice)*
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Molly S. Boast (MB-2350)
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Attorneys for SPSS, Inc., and its successor International Business Machines Corporation, John Delea, Lawrence S. Bohn, Kathleen L. Biro, Ted R. Dintersmith, Robert N. Goldman, Rory O'Driscoll, and Stephen J. Ricci*

SIDLEY AUSTIN LLP

By: _____
Joel M. Mitnick (JM-0044)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Deutsche Bank Alex Brown, Inc. (as successor-in-interest to Deutsche Bank Securities, Inc.)*

2

SIMPSON THACHER & BARTLETT LLP

By: ___[signature]___
David W. Ichel (DI-7271)
Joseph M. McLaughlin (JM-6434)
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Attorneys for J.P. Morgan Securities Inc. (as successor-in-interest to Chase Securities, Inc.) and Bear Stearns & Co., Inc.*

BERNSTEIN LIEBHARD LLP

By: _____
Stanley D. Bernstein (SB-1644)
10 East 40th Street
New York, New York 10016
(212) 779-1414

*Attorneys for Plaintiff Saswata Basu*

_____
SASWATA BASU

WILMER CUTLER PICKERING HALE AND DORR LLP

By: _____
Michelle D. Miller *(pro hac vice)*
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Molly S. Boast (MB-2350)
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Attorneys for SPSS, Inc., and its successor International Business Machines Corporation, John Delea, Lawrence S. Bohn, Kathleen L. Biro, Ted R. Dintersmith, Robert N. Goldman, Rory O'Driscoll, and Stephen J. Ricci*

SIDLEY AUSTIN LLP

By: _____
Joel M. Mitnick (JM-0044)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Deutsche Bank Alex Brown, Inc. (as successor-in-interest to Deutsche Bank Securities, Inc.)*

SIMPSON THACHER & BARTLETT LLP

BERNSTEIN LIEBHARD LLP

By: _____
David W. Ichel (DI-7271)
Joseph M. McLaughlin (JM-6434)
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

By: _____
Stanley D. Bernstein (SB-1644)
10 East 40th Street
New York, New York 10016
(212) 779-1414

*Attorneys for J.P. Morgan Securities Inc. (as successor-in-interest to Chase Securities, Inc.) and Bear Stearns & Co., Inc.*

*Attorneys for Plaintiff Saswata Basu*

_____
SASWATA BASU

WILMER CUTLER PICKERING HALE AND DORR LLP

SIDLEY AUSTIN LLP

By: /s/ Michelle D. Miller
Michelle D. Miller *(pro hac vice)*
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

By: _____
Joel M. Mitnick (JM-0044)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Molly S. Boast (MB-2350)
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Attorneys for Deutsche Bank Alex Brown, Inc. (as successor-in-interest to Deutsche Bank Securities, Inc.)*

*Attorneys for SPSS, Inc., and its successor International Business Machines Corporation, John Delea, Lawrence S. Bohn, Kathleen L. Biro, Ted R. Dintersmith, Robert N. Goldman, Rory O'Driscoll, and Stephen J. Ricci*

2

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP | BERNSTEIN LIEBHARD LLP |
| By: _____<br>David W. Ichel (DI-7271)<br>Joseph M. McLaughlin (JM-6434)<br>425 Lexington Avenue<br>New York, New York 10017<br>(212) 455-2000<br><br>*Attorneys for J.P. Morgan Securities Inc.*<br>*(as successor-in-interest to Chase*<br>*Securities, Inc.) and Bear Stearns & Co.,*<br>*Inc.* | By: _____<br>Stanley D. Bernstein (SB-1644)<br>10 East 40th Street<br>New York, New York 10016<br>(212) 779-1414<br><br>*Attorneys for Plaintiff Saswata Basu*<br><br>_____<br>SASWATA BASU |
| WILMER CUTLER PICKERING HALE AND DORR LLP | SIDLEY AUSTIN LLP |
| By: _____<br>Michelle D. Miller *(pro hac vice)*<br>60 State Street<br>Boston, Massachusetts 02109<br>(617) 526-6000<br><br>Molly S. Boast (MB-2350)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br><br>*Attorneys for SPSS, Inc., and its successor*<br>*International Business Machines*<br>*Corporation, John Delea, Lawrence S.*<br>*Bohn, Kathleen L. Biro, Ted R. Dintersmith,*<br>*Robert N. Goldman, Rory O'Driscoll, and*<br>*Stephen J. Ricci* | By: /s/ Joel M. Mitnick<br>Joel M. Mitnick (JM-0044)<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300<br><br>*Attorneys for Deutsche Bank Alex Brown,*<br>*Inc. (as successor-in-interest to Deutsche*<br>*Bank Securities, Inc.)* |

2

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Jay B. Kasner (JK-7910)
Scott Musoff (SM-2965)
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for CIBC World Markets Corp. and S.G. Cowen Securities (n/k/a Cowen Group, Inc.)*

PROSKAUER ROSE LLP

By: _____
Sarah Schrank Gold (SG-1912)
11 Times Square
New York, New York 10036
(212) 969-3000

*Attorneys for Prudential Equity Group, LLC as successor in interest to Prudential Securities, Inc.*

GRIESINGER, TIGHE & MAFFEI, LLP

By: _____
Daniel P. Tighe *(pro hac vice)*
176 Federal Street
Boston, Massachusetts 02110
(617) 542-9900

*Attorneys for Canaccord Adams (Delaware) Inc. (as successor in interest to Adams Harkness & Hill, Inc.)*

FOLEY & LARDNER LLP

By: _____
Bryan B. House *(pro hac vice)*
3000 K Street, N.W., Suite 500
Washington, DC 20007
(202) 672-5300

*Attorneys for U.S. Bancorp Piper Jaffray Inc. (now known as Piper Jaffray Companies) and First Albany Corporation (now known as Gleacher & Company Securities, Inc.)*

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

PROSKAUER ROSE LLP

By: _____
    Jay B. Kasner (JK-7910)
    Scott Musoff (SM-2965)
    Four Times Square
    New York, New York 10036
    (212) 735-3000

*Attorneys for CIBC World Markets Corp. and S.G. Cowen Securities (n/k/a Cowen Group, Inc.)*

By: _____
    Sarah Schrank Gold (SG-1912)
    11 Times Square
    New York, New York 10036
    (212) 969-3000

*Attorneys for Prudential Equity Group, LLC as successor in interest to Prudential Securities, Inc.*

GRIESINGER, TIGHE & MAFFEI, LLP

FOLEY & LARDNER LLP

By: _____
    Daniel P. Tighe *(pro hac vice)*
    176 Federal Street
    Boston, Massachusetts 02110
    (617) 542-9900

*Attorneys for Canaccord Adams (Delaware) Inc. (as successor in interest to Adams Harkness & Hill, Inc.)*

By: _____
    Bryan B. House *(pro hac vice)*
    3000 K Street, N.W., Suite 500
    Washington, DC 20007
    (202) 672-5300

*Attorneys for U.S. Bancorp Piper Jaffray Inc. (now known as Piper Jaffray Companies) and First Albany Corporation (now known as Gleacher & Company Securities, Inc.)*

3

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | PROSKAUER ROSE LLP |
| By: _____<br>Jay B. Kasner (JK-7910)<br>Scott Musoff (SM-2965)<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br><br>*Attorneys for CIBC World Markets Corp. and S.G. Cowen Securities (n/k/a Cowen Group, Inc.)* | By: _____<br>Sarah Schrank Gold (SG-1912)<br>11 Times Square<br>New York, New York 10036<br>(212) 969-3000<br><br>*Attorneys for Prudential Equity Group, LLC as successor in interest to Prudential Securities, Inc.* |
| GRIESINGER, TIGHE & MAFFEI, LLP | FOLEY & LARDNER LLP |
| By: *Daniel P. Tighe /sm*_____<br>Daniel P. Tighe *(pro hac vice)*<br>176 Federal Street<br>Boston, Massachusetts 02110<br>(617) 542-9900<br><br>*Attorneys for Canaccord Adams (Delaware) Inc. (as successor in interest to Adams Harkness & Hill, Inc.)* | By: _____<br>Bryan B. House *(pro hac vice)*<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007<br>(202) 672-5300<br><br>*Attorneys for U.S. Bancorp Piper Jaffray Inc. (now known as Piper Jaffray Companies) and First Albany Corporation (now known as Gleacher & Company Securities, Inc.)* |

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Jay B. Kasner (JK-7910)
Scott Musoff (SM-2965)
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for CIBC World Markets Corp. and S.G. Cowen Securities (n/k/a Cowen Group, Inc.)*

PROSKAUER ROSE LLP

By: *[signature: Sarah S. Gold]* _____
Sarah Schrank Gold (SG-1912)
11 Times Square
New York, New York 10036
(212) 969-3000

*Attorneys for Prudential Equity Group, LLC as successor in interest to Prudential Securities, Inc.*

GRIESINGER, TIGHE & MAFFEI, LLP

By: _____
Daniel P. Tighe *(pro hac vice)*
176 Federal Street
Boston, Massachusetts 02110
(617) 542-9900

*Attorneys for Canaccord Adams (Delaware) Inc. (as successor in interest to Adams Harkness & Hill, Inc.)*

FOLEY & LARDNER LLP

By: _____
Bryan B. House *(pro hac vice)*
3000 K Street, N.W., Suite 500
Washington, DC 20007
(202) 672-5300

*Attorneys for U.S. Bancorp Piper Jaffray Inc. (now known as Piper Jaffray Companies) and First Albany Corporation (now known as Gleacher & Company Securities, Inc.)*

3

| ARNOLD & PORTER LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *[signature]* <br> Kenneth G. Hausman (KH-7366) <br> Stewart David Aaron (SA-1276) <br> 399 Park Avenue <br> New York, New York 10022 <br> (212) 715-1000 | By: _____ <br> Michele A. Coffey (MC-8656) <br> Brian A. Herman (BH-0731) <br> 101 Park Avenue <br> New York, New York 10178 <br> (212) 309-6000 |
| *Attorneys for Tucker Anthony Clearly Gull, Inc. and Witt Soundview Group, Inc. (individually and as successor-in-interest to E\*Offering Corp.)* | *Attorneys for C.E. Unterberg, Towbin* |

4

ARNOLD & PORTER LLP

By: _____
    Kenneth G. Hausman (KH-7366)
    Stewart David Aaron (SA-1276)
    399 Park Avenue
    New York, New York 10022
    (212) 715-1000

*Attorneys for Tucker Anthony Clearly Gull, Inc. and Witt Soundview Group, Inc. (individually and as successor-in-interest to E\*Offering Corp.)*

MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ B. A. H._____
    Michele A. Coffey (MC-8656)
    Brian A. Herman (BH-0731)
    101 Park Avenue
    New York, New York 10178
    (212) 309-6000

*Attorneys for Canaccord Genuity Inc. (as successor in interest to C.E. Unterberg Towbin, a California Limited Partnership)*

SO ORDERED:

_____
U.S.D.J.

11/29/12

4