UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ORDER DESIGNATING CASE AN         :         ORDER
ECF CASE
                                                           :

------------------------------------------------------X

     IT IS HEREBY ORDERED that (1) the pending civil cases noted in the attachment to this Order are designated as cases to the Electronic Case Filing database (ECF); and (2) The Clerk of Court shall docket a copy of this Order in each case and designate the case as an ECF case.

     IT IS FURTHER ORDERED that,

     Counsel to any party who is not a registered user of this Court's ECF database is directed to register immediately and obtain a log in and password to this Court's ECF database.

     Attorneys appearing as counsel for plaintiff(s) or defendant(s) shall file their pleading(s) and other permitted papers using the ECF system.

SO ORDERED:

XXXXXXXX SHIRA A. SCHEINDLIN
United States District/Magistrate Judge

Dated: New York, New York
      December 12, 2012

United States District Court
Southern District of New York

Pending NON ECF Cases

| Case Number | Case Title | Date Filed | Date Term | Judge |
|---|---|---|---|---|
| | Judge Shira A.Scheindlin | | | |
| 1:2002-cv-09694-SAS | Basu, et al v. SPSS, Inc., et al | 12/6/2002 | | SAS |
| 1:2003-cv-02175-SAS | Liberty Media Corp., et al v. Vivendi Universal, et al | 3/28/2003 | | SAS |
| 1:2003-cv-05911-SAS | Gamco Investors v. Vivendi Universal | 8/6/2003 | | SAS |
| 1:2003-cv-09927-SAS | Exxon Mobil Corporation et al v. Carle Place Wter District et al | 12/12/2003 | | SAS |
| 1:2004-cv-02058-SAS | Exxon Mobile Corporation v. City of Rockport | 3/16/2004 | | SAS |
| 1:2005-cv-04179-SAS-RLE | Ramirez v. United States of America | 4/27/2005 | | SAS |
| 1:2007-cv-00459-SAS -RLE | Ramirez v. USA | 1/22/2007 | | SAS |
| 1:2007-cv-07370-SAS | Norges Bank v. Vivendi, S.A. et al | 8/17/2007 | | SAS |
| 1:2007-cv-08156-SAS | Allianz Global Investors Kapitalanlagegesellschaft MBH et al v. Vivendi, S.A. et al | 9/18/2007 | | SAS |
| 1:2008-cv-02057-SAS | Fortis Gesbeta SGIIC S.A. v. Vivendi, S.A. et al | 2/29/2008 | | SAS |
| 1:2008-cv-09621-SAS | South Huntington Water District v. Amerada Hess Corporation et al | 11/7/2008 | | SAS |
| 1:2008-cv-09622-SAS | City of Glen Cove Water Department v. Amerada Hess Corporation et al | 11/7/2008 | | SAS |
| 1:2009-cv-02568-SAS | Irish Life Investment Managers Limited et al v. Guillaume Hannezo | 3/19/2009 | | SAS |
| 1:2009-cv-04117-SAS | Gibson v. The City Municipality of New York et al | 4/27/2009 | | SAS |
| 1:2010-cv-01740-SAS | Jean Pierre v. Chase Investment Services | 3/4/2010 | | SAS |